UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE OF<br>FIRE TECH SYSTEMS INC. | SUIT NO.: |
| VERSUS | JUDGE: |
| PACIFIC TECH-SAUER, INC. JV V and<br>HARTFORD CASUALTY INSURANCE<br>COMPANY and FEDERAL INSURANCE<br>COMPANY | MAGISTRATE JUDGE: |

## ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes **FIRE TECH SYSTEMS, INC.** ("Fire Tech") which files this Original Complaint and in support thereof represents as follow:

### Parties

1.

Fire Tech is a business corporation formed under the laws of the State of Louisiana with its domicile address and principal business office located at 721 N. Ashley Ridge Loop, Shreveport, Louisiana 71106.  This action is brought in the name of the United States of America for the use of Fire Tech pursuant to 40 U.S.C. §3133(b)(3)(A).

2.

Named defendants herein are:

1. **PACIFIC TECH-SAUER, INC. JV V** ("PTS"), a partnership formed under the laws of the State of Louisiana.  The partners of PTS are: (a) **SAUER INCORPORATED**, a business corporation formed under the laws of the State of Pennsylvania that is authorized to and doing business in Louisiana with its principal business

establishment in Louisiana located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808 and (b) **PACIFIC TECH CONSTRUCTION, INC.,** a business corporation formed under the laws of the State of Washington that is authorized to and doing business in Louisiana with its principal business establishment in Louisiana located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808. PTS may be served through the registered agent for service of process in Louisiana for its partners: CT Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808.

2.  **HARTFORD CASUALTY INSURANCE COMPANY** ("Hartford"), a foreign insurance company that is authorized to and doing business in Louisiana. Hartford may be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, Louisiana 70809.

3.  **FEDERAL INSURANCE COMPANY** ("Federal"), a foreign insurance company that is authorized to and doing business in Louisiana. Federal may be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, Louisiana 70809.

### Jurisdiction and Venue

3.

This is an action for breach of contract and for recovery under The Miller Act, 40 U.S.C. §3131 *et seq.* This Court is vested with original subject matter jurisdiction pursuant to 28 U.S.C. §1331. Fire Tech's claims stem from a federal construction project at Barksdale Air Force Base, which is located within this Court's federal district. Venue is therefore appropriate pursuant to 40 U.S.C. §3133(b)(3).

### Facts

4.

PTS, as general contractor, contracted with the Department of the Navy, Naval Facilities Engineering Command South East ("NAVFAC") to complete the federal construction project referred to as the Barksdale Air Force Base Weapons Load Training Facility (Contract No. N69450-11-C-1757)(the "Project").

5.

As required by NAVFAC, PTS secured performance and payment bonds (the "Bonds") from Hartford and Federal in connection with the Project, which Bonds were executed on or around August 10, 2011 (Bond No. 52BCSGA8106 and Bond No. 82205258). PTS, Hartford, and Federal are bound "'jointly and severally' as well as 'severally'" under the Bonds.

6.

PTS, as general contractor, contracted with Fire Tech, as subcontractor, to furnish and install a fire sprinkler system in connection with the Project (the "Subcontract"). The base amount of the Subcontract was $563,630.00, with several alternates. Additional work was requested of Fire Tech by PTS and two change orders were executed which ultimately increased the total amount of the Subcontract to $618,130.00.

7.

Fire Tech performed all work required under the Subcontract and/or requested by PTS in accordance with its proposal, the Subcontract, and all applicable specifications.

8.

Fire Tech has submitted pay applications for the total amount due under the Subcontract. However, a balance of $102,883.60 remains unpaid.

9.

PTS has been paid all sums to which it is entitled by NAVFAC. However, it has refused to pay Fire Tech the outstanding balance due under the Subcontract.

10.

To date, PTS, Hartford, and Federal have failed to satisfy the obligations required of each of them under the Subcontract and/or the Bonds.

## Cause of Action No. 1 – Breach of Contract

11.

Paragraphs 1-10 are incorporated by reference.

12.

PTS's refusal to pay Fire Tech the amount due under the Subcontract represents a material breach of the parties' agreement.  Accordingly, Fire Tech is entitled to all damages which are reasonable under the premises and necessary to compensate it for PTS's breach of the Subcontract.

## Cause of Action No. 2 – Miller Act Claim

13.

Paragraphs 1-10 are incorporated by reference.

14.

As detailed above, PTS has been paid all sums to which it is entitled by NAVFAC but has refused to pay Fire Tech the outstanding balance due under the Subcontract.

15.

To date, PTS, Hartford, and Federal have failed to satisfy the obligations required of each of them under the Subcontract and/or the Bonds.

16.

Fire Tech has a direct contractual relationship with PTS and is therefore a first tier claimant under the Miller Act, 40 U.S.C. §3133(b)(1), entitled to bring suit against the Bonds and to prosecute said suit to final execution and judgment.

17.

PTS, Hartford, and Federal are jointly and severally liable to Fire Tech under the Subcontract and/or the Bonds for all unpaid amounts.

WHEREFORE, FIRE TECH SYSTEMS, INC. prays:

1. That this Original Complaint, together with citation, be issued and served according to law on the Defendants and that they be duly cited to appear herein and answer same;

2. That after all due delays and legal proceedings are had, there be judgment rendered in favor of FIRE TECH SYSTEMS, INC. and against the Defendants, *in solido*, in the amount of $102,883.60 with interest from the date of judicial demand, costs, expenses, and other damages as provided by law; and

3. For all just and equitable relief.

BY ATTORNEYS:

KEAN MILLER, LLP

By: _____
Michael D. Lowe (Bar No. 29323)
William H. Priestley, Jr. (Bar No. 35287)

333 Texas Street, Suite 450
Shreveport, LA 71101
Telephone: (318) 562-2700
Fax: (318) 562-2751
michael.lowe@keanmiller.com
william.priestley@keanmiller.com

*ATTORNEYS FOR FIRE TECH SYSTEMS, INC.*